**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JUANITA YVONNE GREEN AND JESSICA
THOMAS, as Personal Representatives of the
Estate of VICTO EMANUEL LAROSA, III,
et al.,

    Plaintiffs,

vs.                                                                                     Case No.: 3:17-cv-810-J-32JBT

THE CITY OF JACKSONVILLE, FLORIDA,
a political subdivision of the State of Florida, THE
JACKSONVILLE SHERIFF'S OFFICE, an
Agency of the Consolidated City of Jacksonville,
MIKE WILLIAMS, in his official capacity as
Sheriff of Jacksonville, Duval County, Florida,
and MIKE BOREE, in his individual capacity,

    Defendants.
_____/

**DEFENDANT BOREE'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

    Counsel for Defendant, Mike Boree, hereby discloses the following at the Court's direction:

1.)     the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    **Juantia Yvonne Green and JessicaThomas,**
    **as Personal Representatives of the**
    **Estate of Victo Emanuel Larosa, III**

    **Survivors of Victo Emanuel Larosa, III**

    **James T. Terrell, Esq.**
    **Leslie Scott Jean-Bart, Esq.**
    **Terrell Hogan Yegelwell, P.A.**

      **Mike Boree**
      **City of Jacksonville, Florida**
      **Stephen J. Powell, Esq.**
      **Sean B. Granat, Esq.**
      **Tiffiny Safi, Esq.**
      **Office of General Counsel, City of Jacksonville**

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **N/A**

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **N/A**

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **Victo Emanuel Larosa, III, Deceased**

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

        Respectfully submitted,

        **OFFICE OF GENERAL COUNSEL**
        **CITY OF JACKSONVILLE**

        /s/ Sean B. Granat_____
        **SEAN B. GRANAT, ESQ.**
        Deputy General Counsel
        Florida Bar No.: 138411
        Email: Sgranat@coj.net
        Office of General Counsel
        117 West Duval Street, Suite 480
        Jacksonville, Florida 32202
        (904) 630-1700 - Telephone
        (904) 630-1316 - Facsimile
        Attorney for Defendant Boree

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/ Sean B. Granat_____
**SEAN B. GRANAT, ESQ.**