UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JUANITA YVONNE GREEN AND JESSICA THOMAS**, as Personal Representatives of the Estate of VICTO EMANUEL LAROSA, III, et. al.

Plaintiffs,

v.

**THE CITY OF JACKSONVILLE, FLORIDA**, a political subdivision of the State of Florida, **THE JACKSONVILLE SHERIFF'S OFFICE**, an Agency of the Consolidated City of Jacksonville, **MIKE WILLIAMS**, in his official capacity as Sheriff of Jacksonville, Duval County, Florida, and **MIKE BOREE**, in his individual capacity,

Defendants.

Case No.: 3:17-cv-00810-TJC-JBT

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Case Management Report, Plaintiffs, Juanita Yvonne Green and Jessica Thomas, make the following Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of person, firm, law firm, partnership, can corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporation, publicly–traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

      **Juanita Yvonne Green, surviving parent and Personal Representative of the Estate of Victo Emanuel LaRosa, III**

      **Victo LaRosa, Sr., surviving parent**

      **Jessica Thomas, parent of the surviving child and Personal Representative of the Estate of Victo Emanuel LaRosa, III**

      **Survivors of Victo Emanuel LaRosa, III**

      **Leslie Scott Jean-Bart, Esquire**
      **James T. Terrell, Esquire**
      **Terrell Hogan Yegelwel, P.A.**

      **Reese Marshall, Esquire**
      **Reese Marshall, P.A.**

      **Mike Williams, Sheriff of Jacksonville**
      **Jacksonville Sheriff's Office**
      **Mike Boree**
      **City of Jacksonville, Florida**
      **Stephen J. Powell, Esq.**
      **Sean B. Granat, Esq.**
      **Tiffiny Safi, Esq.**
      **Office of General Counsel, City of Jacksonville**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      **N/A**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      **N/A**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      **Victo Emanuel LaRosa, III, Deceased**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to

this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 4th day of August, 2017.

**TERRELL HOGAN YEGELWELL, P.A.**

/s/ Leslie Scott Jean-Bart
James T. Terrell, Esq.
Florida Bar No.: 106212
Leslie Scott Jean-Bart, Esq.
Florida Bar No.:  0120286
233 East Bay Street, Ste. 804
Jacksonville, FL 32202
Terrell@TerrellHogan.com
sagle@TerrellHogan.com
Jean-Bart@TerrellHogan.com
cali@TerrellHogan.com
(904) 632-2424 (T)
(904) 647-6514 (F)
Attorneys for Plaintiff