UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **JUANITA YVONNE GREEN AND JESSICA THOMAS**, as Personal Representatives of the Estate of VICTO EMANUEL LAROSA, III, et. al. <br><br> Plaintiffs, <br><br> v. <br><br> **THE CITY OF JACKSONVILLE, FLORIDA**, a political subdivision of the State of Florida, **THE JACKSONVILLE SHERIFF'S OFFICE**, an Agency of the Consolidated City of Jacksonville, **MIKE WILLIAMS**, in his official capacity as Sheriff of Jacksonville, Duval County, Florida, and **MIKE BOREE**, in his individual capacity, <br><br> Defendants. <br> _____ | Case No.: 3:17-cv-00810-TJC-JBT |

## NOTICE OF SETTLEMENT

Pursuant to Middle District of Florida Local Rule 3.08(a), and the Court's Order dated May 8, 2018, all Plaintiffs hereby notify the court that they have reached an agreement with all Defendants to settle all pending claims and actions. The parties are in the process of finalizing the settlement and will file a Notice of Dismissal With Prejudice as soon as possible.

Plaintiffs, through their counsel, are filing this Notice with approval and permission from the Defendants' counsel.

Respectfully submitted this 28th day of May, 2018.

**TERRELL HOGAN YEGELWELL, P.A.**

*/s/ Leslie Scott Jean-Bart*
James T. Terrell, Esq.
Florida Bar No.: 106212
Leslie Scott Jean-Bart, Esq.
Florida Bar No.:  0120286
233 East Bay Street, Ste. 804
Jacksonville, FL 32202
Terrell@TerrellHogan.com
Jean-Bart@TerrellHogan.com
jsalameh@TerrellHogan.com
(904) 632-2424 (T)
(904) 647-6514 (F)
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 28, 2018, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephen J. Powell, Esq. and Tiffiny Douglas Safi, Esq.
Office of General Counsel City of Jacksonville
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
SPowell@coj.net
Attorneys for Defendant City of Jacksonville,
The Jacksonville Sheriff's Office & Sheriff Mike Williams

Sean B. Granat, Esq.
Office of General Counsel City of Jacksonville
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
SGranat@coj.net
Attorney for Defendant Mike Boree

2