UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| **JUANITA YVONNE GREEN AND JESSICA THOMAS**, as Personal Representatives of the Estate of VICTO EMANUEL LAROSA, III, et. al. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 3:17-cv-00810-TJC-JBT |
| v. | ) ) | |
| **THE CITY OF JACKSONVILLE, FLORIDA**, a political subdivision of the State of Florida, **THE JACKSONVILLE SHERIFF'S OFFICE**, an Agency of the Consolidated City of Jacksonville, **MIKE WILLIAMS**, in his official capacity as Sheriff of Jacksonville, Duval County, Florida, and **MIKE BOREE**, in his individual capacity, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ __) | | |

## PLAINTIFFS' NOTICE OF SETTLEMENT UPDATE

Plaintiffs, by and through undersigned counsel, hereby notifies the court that the Petition for Approval of Settlement is pending in Circuit Court, but should be resolved within 30 days. Parties are working diligently to finalize the settlement in this matter.

Respectfully submitted this 8th day of August, 2018.

**TERRELL HOGAN YEGELWELL, P.A.**

/s/ Leslie Scott Jean-Bart
James T. Terrell, Esq.
Florida Bar No.: 106212
Leslie Scott Jean-Bart, Esq.
Florida Bar No.:  0120286
233 East Bay Street, Ste. 804
Jacksonville, FL 32202
Terrell@TerrellHogan.com
sagle@TerrellHogan.com
Jean-Bart@TerrellHogan.com
jsalameh@TerrellHogan.com
(904) 632-2424 (T)
(904) 647-6514 (F)
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Sean B. Granat, Esquire
Sgranat@coj.net
Counsel for Defendant Boree

Stephen J. Powell, Esquire
Spowell@coj.net
Tiffiny Douglas Safi, Esquire
Tsafi@coj.net
Counsel for Defendant Sheriff Williams and City of Jacksonville