UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JUANITA YVONNE GREEN AND JESSICA
THOMAS, as Personal Representatives of the
Estate of VICTO EMANUEL LAROSA, III,
et al.,

    Plaintiffs,

vs.                                                                     Case No.: 3:17-cv-810-J-32JBT

THE CITY OF JACKSONVILLE, FLORIDA,
a political subdivision of the State of Florida, THE
JACKSONVILLE SHERIFF'S OFFICE, an
Agency of the Consolidated City of Jacksonville,
MIKE WILLIAMS, in his official capacity as
Sheriff of Jacksonville, Duval County, Florida,
and MIKE BOREE, in his individual capacity,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    The parties, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this cause with prejudice. Each party shall bear it respective attorney's fees and costs.

Dated: August 23, 2018

                                                        Respectfully submitted,

                                                        */s/ Leslie Scott Jean-Bart*
                                                        **Leslie Scott Jean-Bart, Esq.**
                                                        Florida Bar No.: 0120286
                                                        Leslie@TerrellHogan.com
                                                        Terrell Hogan Yegelwell, P.A.
                                                        233 East Bay Street
                                                        Jacksonville, Florida 32202
                                                        Telephone: (904) 632-2424
                                                        Facsimile:  (904) 647-6514
                                                       COUNSEL FOR PLAINTIFF

*/s/ Stephen J. Powell*
**Stephen J. Powell, Esq.**
Florida Bar No.: 305881
**Tiffiny Douglas Safi, Esq.**
Florida Bar No.: 0682101
Office of General Counsel
City of Jacksonville
117 W. Duval Street, Suite 480
Jacksonville, Florida 32202-3734
Telephone: (904) 630-1847
Facsimile: (904) 630-1316
Email: Spowell@coj.net
Email: Tsafi@coj.net
COUNSEL FOR DEFENDANT
SHERIFF WILLIAMS/CITY OF
JACKSONVILLE


*/s/ Sean B. Granat*
**Sean B. Granat, Esq.**
Florida Bar No.: 0138411
Office of General Counsel
City of Jacksonville
117 W. Duval Street, Suite 480
Jacksonville, Florida 32202-3734
Telephone: (904) 630-1859
Facsimile: (904) 630-1316
Email: Sgranat@coj.net
COUNSEL FOR DEFENDANT BOREE