# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JUANITA YVONNE GREEN, as
Personal Representative of the
Estate of Vico Emanuel Larosa, III,
for the benefit of surviving child,
T.J.L., and surviving parent,
Juanita Yvonne Green, and the
Estate of Victo Emanuel Larosa, III
and JESSICA THOMAS, as
Personal Representative of the
Estate of Victo Emanuel Larosa,
III, for the benefit of surviving
child, T.J.L., and surviving parent,
Juanita Yvonne Green, and the
Estate of Victo Emanuel LaRosa,
III,

    Plaintiffs,

v.                                                          Case No. 3:17-cv-810-J-32JBT

THE CITY OF JACKSONVILLE,
FLORIDA, a political subdivision of
the State of Florida, THE
JACKSONVILLE SHERIFF'S
OFFICE, an Agency of the
Consolidated City of Jacksonville,
MIKE WILLIAMS, in his official
capacity as Sheriff of Jacksonville,
Duval County, Florida, and MIKE
BOREE, in his individual capacity,

    Defendants.

_____

# **O R D E R**

Upon review of Joint Stipulation of Dismissal With Prejudice (Doc. 24), filed on August 23, 2018, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 27th day of August, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record